

# United States District Court

__EASTERN__ DISTRICT OF __MICHIGAN__

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | CASE NUMBER: 08-30184 |
| Vincent Smothers | |
| (Name and Address of Defendant) | |

FILED
APR 15 2008
CLERK'S OFFICE
DETROIT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 21, 2007__ in __Wayne__ county, in the __Eastern__ District of __Michigan__ defendant, did (Track Statutory Language of Offense)

knowingly, willfully and unlawfully move and travel in interstate commerce; to wit: from Michigan with the intent and purpose of avoiding prosecution

in violation of Title __18__ United States Code, Section(s) __1073__ I further state that I am a __Special Agent, FBI__ and that this complaint is based on the following facts:
        Official Title

(SEE ATTACHED AFFIDAVIT)

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complaint
SA Christopher J. Hess
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

April 15, 2008                                          at        Detroit, Michigan
Date                                                             City and State

United States Magistrate Judge, Virginia M. Morgan         _____
Name & Title of Judicial Officer                           Signature of Judicial Officer

## **A F F I D A V I T**

Special Agent Christopher J. Hess, Federal Bureau of Investigation, after being duly sworn, deposes and says the following:

1. On April 11, 2008 an arrest warrant was issued by the 36th District Court, Detroit, Michigan, charging Vincent Smothers, defendant herein, with Murder First Degree, Felony Murder, Assault with Intent to Murder, Felon in Possession of a Firearm and Felony Firearm, which are felonies under the laws of the State of Michigan. The Detroit Police Department is currently holding a valid warrant for the arrest of the defendant on the charges stated above based on the alleged crime.

2. On April 14, 2008, the Office of the Prosecuting Attorney, Wayne County, Detroit, Michigan, requested assistance from the Federal Bureau of Investigation, Detroit, Michigan, to locate and apprehend the defendant based on recommendation from the Detroit Police Department.

3. Investigation conducted by the Detroit Police Department, has revealed that the defendant and an accomplice targeted three victims seeking narcotics and money. On or about June 21, 2007, the defendant and his accomplice entered an apartment at 17160 Gravier, Detroit, Michigan, bound the

occupants and ransacked the apartment. The defendant and his accomplice forced one of the victims to lure a third victim to the apartment complex. The defendant then shot the two occupants killing one individual. They proceeded to the parking lot where they shot and killed the third victim.

4. The defendant was identified by the surviving victim and another witness at the scene as being the perpetrator of this crime. An intense search conducted by the Detroit Police Department in an attempt to locate and apprehend the defendant, has not disclosed the exact whereabouts of the defendant who has been missing from his normal home and residence since the date of the alleged crime which occurred on June 21, 2007, in Detroit, Michigan. The defendant's accomplice has since been captured and convicted for the above crimes.

5. Further investigation conducted by the FBI Detroit Major Crimes Task Force has developed information to reasonably believe that the defendant has fled the State of Michigan with intent and purpose of avoiding prosecution on charges of the alleged crime. Information has been developed through contacts with the defendant's known associates and independent sources that the defendant has knowledge of his wanted status and has traveled to the State of Ohio where the defendant is known to have associates. Additionally, NCIC records revealed that the defendant has a criminal history in Ohio.

6. The above is known to the undersigned to be true through reliable information obtained from results of

investigation conducted by the Detroit Police Department and the affiant.

_____
Christopher J. Hess, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this the 15th day of April, 2008

_____
U.S. Magistrate Judge, Virginia M. Morgan